IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                        Plaintiff, )
                                   )
            v.                     )        No. 12-04008-10-CR-C-BCW
                                   )
SARA JEAN PARTRICK BROWNS,         )
                                   )
                        Defendant. )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J.

Whitworth, to which no objection has been filed, the plea of guilty to Count 1 of the Third

Superseding Indictment is now accepted.    Defendant is adjudged guilty of such offense.

Sentencing will be set by subsequent order of the court.


                                     s/ BRIAN C. WIMES
                                    JUDGE BRIAN C. WIMES
                                    UNITED STATES DISTRICT COURT


Dated: November 30, 2012